CHRISTINA J. BROWN, Cal. Bar. No. 242130
cbrown5@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

JOHN D. JACOBS, Cal. Bar. No. 134154
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,<br><br>Defendant. | Case No. <u>8:24-cv-02684</u><br><br>**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1** |

NOTICE OF RELATED CASE

Pursuant to Local Rule 83-1.3.1, Plaintiff Federal Trade Commission ("FTC") provides notice of the following related case currently pending in the Central District of California: *Roma Mikha, Inc. v. Southern Glazer's Wine and Spirits, LLC*, Case No. 8:22-cv-01187-FWS-ADS.[1]

In this action, the FTC alleges that Defendant Southern Glazer's Wine and Spirits, LLC ("Defendant") has engaged in illegal price discrimination in violation of the Robinson-Patman Act, 15 U.S.C. § 13(a), by selling wine and spirits to small, independent retailers at prices that are drastically higher than the prices Defendant charges competing large national and regional chains for the same products. Plaintiffs in the *Roma Mikha* action likewise allege that Defendant has violated the Robinson-Patman Act, 15 U.S.C. § 13(a), by engaging in discriminatory pricing against plaintiffs and members of a proposed class of independent retailers in favor of national chains, and that Defendant has violated 15 U.S.C. § 13(e) and California state law. Like the FTC in this action, the *Roma Mikha* plaintiffs seek preliminary and permanent injunctive relief against Defendant's price discrimination, as well as other relief.

Both cases thus arise from the same events and call for a determination of the same or substantially similar questions of fact and law—namely, whether Defendant has engaged in illegal price discrimination in violation of the Robinson-Patman Act. *See* L.R. 83-1.3.1(a)-(b). Based on the foregoing, the cases are related within the meaning of Local Rule 83-1.3.1 because the two actions likely "would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1(c).

---

[1] On December 2, 2024, the *Roma Mikha* action was stayed pending the outcome of certain plaintiffs' arbitration proceedings. (Case No. 8:22-cv-01187-FWS-ADS, Doc. 95.)

NOTICE OF RELATED CASE

1

| | | |
|---|---|---|
| 1 | Dated: December 12, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Christina J. Brown |
| | | CHRISTINA J. BROWN, Cal. Bar No. 242130 |
| 4 | | cbrown5@ftc.gov |
| 5 | | FEDERAL TRADE COMMISSION |
| | | 600 Pennsylvania Avenue, N.W. |
| 6 | | Washington, DC 20580 |
| 7 | | Tel: (202) 326-2125 |
| 8 | | JOHN D. JACOBS, Cal. Bar. No. 134154 |
| | | Local Counsel |
| 9 | | jjacobs@ftc.gov |
| 10 | | FEDERAL TRADE COMMISSION |
| | | 10990 Wilshire Blvd., Ste. 400 |
| 11 | | Los Angeles, CA 90024 |
| 12 | | Tel: (310) 824-4300 |
| 13 | | *Attorneys for Plaintiff Federal Trade Commission* |

NOTICE OF RELATED CASE

2