ROSS E. STEINBERG (*pro hac vice*)
rsteinberg@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2950

JOHN D. JACOBS, Cal. Bar. No. 134154
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, <br><br> Defendant. | Case No. 8:24-cv-02684-FWS-ADS <br><br> **DECLARATION OF ROSS E. STEINBERG IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

DECLARATION OF ROSS E. STEINBERG IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

I, Ross Steinberg, declare as follows:

1. I am an attorney employed by and representing the Federal Trade Commission in connection with Case No. 8:24-cv-02684-FWS-ADS.

2. I am presently licensed to practice law before the courts of the State of New York, having been admitted to practice as an Attorney and Counselor at Law on September 19, 2022.

3. I submit this declaration in support of my Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice*, which was filed on December 13, 2024 (Doc. No. 16) (the "Application").

4. On December 18, 2024, the Court issued a Notice to Filer of Deficiencies in Electronically Filed *Pro Hac Vice* Application (Doc. No. 23), which explained that the Certificate of Good Standing attached to my Application was not issued within 30 days prior to the filing of the Application.

5. On December 19, 2024, the Court Granted my Application (Doc. No. 24).

6. Also on December 19, 2024, the Court issued an Order in Response to Notice to Filer of Deficiencies in Filed Documents (Doc. No. 25), which directed me to file a declaration in support of my Application and attach a current Certificate of Good Standing from New York no later than January 3, 2025.

7. Attached to this Declaration is a Certificate of Good Standing issued to me by the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, on December 19, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF ROSS E. STEINBERG IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*
1

| | |
|---|---|
| Dated: December 23, 2024 | Respectfully submitted,<br><u>/s/ Ross E. Steinberg</u><br>ROSS E. STEINBERG (*pro hac vice*)<br>rsteinberg@ftc.gov<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>Tel: (202) 326-2950<br><br>*Attorney for Plaintiff Federal Trade Commission* |

DECLARATION OF ROSS E. STEINBERG IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*
2