**KIRKLAND & ELLIS LLP**
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Telephone: 310-552-4200

Craig S. Primis, P.C. (*pro hac vice*)
cprimis@kirkland.com
Matthew S. Owen, P.C. (*pro hac vice*)
matt.owen@kirkland.com
T.J. McCarrick (*pro hac vice*)
tj.mccarrick@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-389-5000

Daniel K. Zach (*pro hac vice*)
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800

*Counsel for Defendant*
*Southern Glazer's Wine and Spirits, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,<br><br>Defendant. | CASE NO. 8:24-cv-02684 FWS-ADS<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR SOUTHERN GLAZER'S WINE AND SPIRITS, LLC'S FORTHCOMING MOTION TO DISMISS** |

**STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**
**CASE NO. 8:24-cv-02684 FWS-ADS**

The Parties to the above-captioned case, Plaintiff Federal Trade Commission ("FTC") and Defendant Southern Glazer's Wine and Spirits, LLC, ("SGWS") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, pursuant to Local Rule 8-3, the Parties have stipulated to a 30-day extension of time for SGWS to respond to the FTC's Complaint, from January 3, 2025 to February 3, 2025;

WHEREAS, SGWS intends to respond to the Complaint by filing a Motion to Dismiss ("Motion") pursuant to Federal Rule of Civil Procedure 12 no later than February 3, 3025;

WHEREAS, given the additional time afforded SGWS to respond to the Complaint and the range of issues likely to be raised in the Motion, the Parties have agreed to the following proposed briefing schedule;

WHEREAS, the proposed briefing schedule below complies with Local Rules 7-9 and 7-10, and Section VIII.b of this Court's Civil Standing Order;

THEREFORE, the Parties hereby STIPULATE to the following proposed briefing schedule, subject to the approval of the Court:

| Event | Date |
| --- | --- |
| Deadline for SGWS to file its Motion to Dismiss | Monday, February 3, 2025 |
| Deadline for FTC to file its Opposition to the Motion to Dismiss | Monday, March 10, 2025 |
| Deadline for SGWS to file its Reply in support of the Motion to Dismiss | Monday, April 7, 2025 |
| Hearing on the Motion to Dismiss | Thursday, April 24, 2025 |

**SO STIPULATED**

Dated this 3rd day of January, 2025

/s/ *Christina J. Brown*
Christina J. Brown (SBN 242130)
cbrown5@ftc.gov
Dana F. Abrahamsen (*pro hac vice*)
dabrahamsen@ftc.gov
Daniel R. Blauser (*pro hac vice*)
dblauser@ftc.gov
Daniel M. Chozick (*pro hac vice*)
dchozick@ftc.gov
Stephanie A. Funk (*pro hac vice*)
sfunk@ftc.gov
Jordan T. Klimek (*pro hac vice*)
jklimek@ftc.gov
Ross E. Steinberg (*pro hac vice*)
rsteinberg@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

John D. Jacobs (SBN 134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*

/s/ *Tammy A. Tsoumas*
**KIRKLAND & ELLIS LLP**
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Telephone: 310-552-4200

Craig S. Primis, P.C. (*pro hac vice*)
cprimis@kirkland.com
Matthew S. Owen, P.C. (*pro hac vice*)
matt.owen@kirkland.com
T.J. McCarrick (*pro hac vice*)
tj.mccarrick@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-389-5000

Daniel K. Zach (*pro hac vice*)
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800

*Attorneys for Defendant Southern Glazer's Wine and Spirits*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2025, a copy of the foregoing Stipulation to Set Briefing Schedule was served electronically through the court's electronic filing system upon all parties appearing on the court's ECF service list.

DATED: January 3, 2025

*/s/ Tammy A. Tsoumas*

Tammy A. Tsoumas

*Counsel for Defendant Southern Glazer's Wine and Spirits, LLC*