**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 8:24-cv-02684 FWS-ADS |
| Plaintiff, | **ORDER RE STIPULATION TO SET BRIEFING SCHEDULE FOR SOUTHERN GLAZER'S WINE AND SPIRITS, LLC'S FORTHCOMING MOTION TO DISMISS [38]** |
| v. | |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | |
| Defendant. | |

///
///
///

Having reviewed and considered the Stipulation to Set Briefing Schedule for Southern Glazer's Wine and Spirits, LLC's Forthcoming Motion to Dismiss [38] ("Stipulation"), filed by Plaintiff Federal Trade Commission ("FTC") and Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following schedule:

| Event | Date |
|---|---|
| Deadline for SGWS to file its Motion to Dismiss | Monday, February 3, 2025 |
| Deadline for FTC to file its Opposition to the Motion to Dismiss | Monday, March 10, 2025 |
| Deadline for SGWS to file its Reply in support of the Motion to Dismiss | Monday, April 7, 2025 |
| In-Person Hearing on the Motion to Dismiss | Thursday, April 24, 2025, at 10:00 a.m., in Courtroom 10D |

**IT IS SO ORDERED.**

Dated: January 7, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE