**KIRKLAND & ELLIS LLP**
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Telephone: 310-552-4200

Craig S. Primis, P.C. (*pro hac vice*)
cprimis@kirkland.com
Matthew S. Owen, P.C. (*pro hac vice*)
matt.owen@kirkland.com
T.J. McCarrick (*pro hac vice*)
tj.mccarrick@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-389-5000

Daniel K. Zach (*pro hac vice*)
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800

*Counsel for Defendant*
*Southern Glazer's Wine and Spirits, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 8:24-cv-02684 FWS-ADS |
| Plaintiff, | **DEFENDANT SOUTHERN GLAZER'S WINE AND SPIRITS, LLC'S UNOPPOSED MOTION TO CONTINUE THE SCHEDULING CONFERENCE** |
| v. | |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | |
| Defendant. | |

1

**DEFENDANT SOUTHERN GLAZER'S WINE AND SPIRITS, LLC'S UNOPPOSED MOTION TO CONTINUE**

1. Pursuant to this Court's Standing Order, Defendant Southern Glazer's Wine & Spirits ("SGWS") by and through its counsel, hereby respectfully requests that the Court continue the May 1, 2025 Scheduling Conference (ECF No. 53) to May 15, 2025, which is the next date both parties are available, or to a later date that is convenient to the Court, for the reasons stated below. SGWS's counsel conferred with counsel for Plaintiff, and Plaintiff does not oppose SGWS's request. Owen Decl. ¶ 5.

Counsel for SGWS with lead responsibility for the Scheduling Conference has overseas business travel scheduled for May 1, 2025 that would prevent him from attending the Scheduling Conference. *See* Owen Decl. ¶ 3. For that reason, SGWS respectfully requests that this Court briefly continue the Scheduling Conference to May 15, 2025, when both parties are available. Owen Decl. ¶ 4. The parties have agreed, however, that this requested continuance will not delay the Rule 26(f) conference and accompanying report, which will be held and submitted in accordance with the Court's original deadlines.

SGWS makes this request in good faith and for good cause. It is not intended to unduly delay proceedings in any manner, and the parties have not previously requested the Court move the Scheduling Conference.

Dated: February 25, 2025

Respectfully submitted

*/s/* Tammy A. Tsoumas

**KIRKLAND & ELLIS LLP**
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Telephone: 310-552-4200

**UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE**

Craig S. Primis, P.C. (*pro hac vice*)
cprimis@kirkland.com
Matthew S. Owen, P.C. (*pro hac vice*)
matt.owen@kirkland.com
T.J. McCarrick (*pro hac vice*)
tj.mccarrick@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: 202-389-5000

Daniel K. Zach (*pro hac vice*)
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800

*Attorneys for Defendant Southern Glazer's Wine and Spirits*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2025, a copy of the foregoing motion was served electronically through the court's electronic filing system upon all parties appearing on the court's ECF service list.

DATED: February 25, 2025

/s/ Tammy A. Tsoumas

Tammy A. Tsoumas

*Counsel for Defendant Southern Glazer's Wine and Spirits, LLC*