CHRISTINA J. BROWN (S.B. #242130)
cbrown5@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

JOHN D. JACOBS (S.B. #134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*
*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, <br><br> Defendant. | Case No. 8:24-cv-02684-FWS-ADS <br><br> **DISCOVERY DOCUMENT:** <br> Referred to Magistrate Judge Autumn D. Spaeth <br><br> **JOINT STIPULATION REGARDING THE SCOPE AND TIMING OF DISCOVERY** |

JOINT STIPULATION RE: SCOPE AND TIMING OF DISCOVERY

The Parties to the above-captioned case, Plaintiff Federal Trade Commission ("FTC") and Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS") (together, "the Parties") have engaged in good faith in multiple conferences pursuant to Local Rule 37 and have resolved certain disputes regarding the scope and timing of discovery without the need for motions practice. The Parties therefore STIPULATE as follows:

1. By August 15, 2025, SGWS shall produce all data responsive to the FTC's First Set of Requests for Production, Request No. 1, for all open and franchise alcohol regulatory regime states (other than Massachusetts and Rhode Island) in which SGWS operates and for all wine and spirits products sold by SGWS;

2. By August 30, 2025, or by other such date agreed to by both parties, SGWS shall produce all data responsive to the FTC's First Set of Requests for Production, Request No. 1, for Massachusetts and Rhode Island and for all wine and spirits products sold by SGWS during the period January 1, 2025 to present;

3. SGWS shall not withhold documents, data, or information responsive to Request Nos. 1-4, 8-10, 12-13, 17-39, and 41 or any other request in the FTC's First Set of Requests for Production on the basis of its General Objections No. 12 (as to producing materials for all "Relevant States") or No. 15 (as to producing materials for all "Relevant Products");

4. Nothing in the foregoing shall constitute a waiver of other objections related to burden and proportionality with respect to documents responsive to Request Nos. 8-10, 12-13, 17-39, and 41, for which the parties are in the process of negotiating the universe of search custodians, search locations, and search protocols;

5. In response to SGWS Interrogatory No. 1, the FTC identified paired transactions in three states reflecting alleged price discrimination based on its knowledge and investigation to date. During the fact discovery period, the FTC shall timely supplement its identification of paired transactions reflecting SGWS's alleged price discrimination in response to Interrogatory No. 1, including for additional time periods for open and franchise alcohol regulatory regime states;

6. The Parties agree that, should any disputes arise under the foregoing paragraphs, the Parties shall seek to resolve the dispute through the Court's informal discovery dispute resolution process; and

7. The Parties agree that this Joint Stipulation is operative and effective among the Parties prior to, and notwithstanding, execution by the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 7, 2025         Respectfully submitted,

/s/ Christina J. Brown
Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Dana F. Abrahamsen *(pro hac vice)*
dabrahamsen@ftc.gov
Daniel R. Blauser *(pro hac vice)*
dblauser@ftc.gov
Daniel M. Chozick *(pro hac vice)*
dchozick@ftc.gov
Kathleen M. Clair *(pro hac vice)*
kclair@ftc.gov
Joseph M. Conrad *(pro hac vice)*
jconrad2@ftc.gov
Stephanie A. Funk *(pro hac vice)*
sfunk@ftc.gov
Geoffrey M. Green *(pro hac vice)*
ggreen@ftc.gov
Jordan T. Klimek *(pro hac vice)*
jklimek@ftc.gov
Patricia M. McDermott *(pro hac vice)*
pmcdermott@ftc.gov
Karen A. Mills *(pro hac vice)*
kmills@ftc.gov
Ross E. Steinberg *(pro hac vice)*
rsteinberg@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

|    |    |
|----|----|
| 1  | John D. Jacobs (S.B. # 134154) |
| 2  | Local Counsel |
|    | jjacobs@ftc.gov |
| 3  | FEDERAL TRADE COMMISSION |
|    | 10990 Wilshire Blvd., Ste. 400 |
| 4  | Los Angeles, CA 90024 |
| 5  | Tel: (310) 824-4300 |
| 6  | *Attorneys for Plaintiff Federal Trade Commission* |
| 7  | /s/ Tammy A. Tsoumas |
|    | KIRKLAND & ELLIS LLP |
| 8  | Tammy A. Tsoumas (S.B. # 250487) |
| 9  | tammy.tsoumas@kirkland.com |
|    | 2049 Century Park East, Ste. 3700 |
| 10 | Los Angeles, CA 90067 |
| 11 | Tel.: (310) 552-4200 |
| 12 | Craig S. Primis, P.C. *(pro hac vice)* |
| 13 | cprimis@kirkland.com |
|    | Matthew S. Owen, P.C. *(pro hac vice)* |
| 14 | matt.owen@kirkland.com |
| 15 | T.J. McCarrick *(pro hac vice)* |
|    | tj.mccarrick@kirkland.com |
| 16 | 1301 Pennsylvania Ave, NW |
| 17 | Washington, D.C. 20004 |
|    | Tel.: (202) 389-5000 |
| 18 |    |
| 19 | Dan Zach *(pro hac vice)* |
|    | dan.zach@kirkland.com |
| 20 | 601 Lexington Avenue |
| 21 | New York, NY 10022 |
|    | Tel.: (212) 446-4800 |
| 22 | *Attorneys for Defendant Southern Glazer's Wine and Spirits, LLC* |
| 23 |    |

24  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on
25  whose behalf this filing is submitted, concurs in the filing's content and has
26  authorized the filing.

27  /s/ Christina J. Brown
    Christina J. Brown

28

JOINT STIPULATION RE: SCOPE AND TIMING OF DISCOVERY

3