# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,<br><br>　　Defendant. | Case No. 8:24-cv-02684-FWS-ADS<br><br>**DISCOVERY DOCUMENT:**<br>**Referred to Magistrate Judge**<br>**Autumn D. Spaeth**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING THE SCOPE AND TIMING OF DISCOVERY** |

1        Having reviewed and considered the Joint Stipulation Regarding the Scope and
2  Timing of Discovery filed by Plaintiff Federal Trade Commission ("FTC") and
3  Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS"), and for good cause
4  shown, the Joint Stipulation is hereby GRANTED.
5  SO ORDERED.

7  Dated: __July 9__, 2025        _____/s/ Autumn D. Spaeth_____
                                                               Honorable Autumn D. Spaeth
8                                                                 United States Magistrate Judge

ORDER GRANTING JOINT STIPULATION RE: SCOPE AND TIMING OF DISCOVERY