Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

John D. Jacobs (S.B. # 134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 8:24-cv-02684-FWS-ADS |
| Plaintiff, | Judge: Fred W. Slaughter |
| v. | **PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED EX PARTE APPLICATION TO STAY PROCEEDINGS DURING UNITED STATES GOVERNMENT CESSATION** |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | |
| Defendant. | |

PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED EX PARTE APPLICATION TO STAY PROCEEDINGS DURING UNITED STATES GOVERNMENT CESSATION

The Federal Trade Commission ("FTC") hereby moves the Court for an order staying all proceedings in this action during the ongoing United States government cessation. In support of that motion, the FTC states as follows:

1. At 11:59 pm on September 30, 2025, the continuing resolution that had been funding the FTC expired and appropriations to the FTC lapsed. *See* Full-Year Continuing Appropriations and Extensions Act of 2025, H.R. 1968 § 1106. The FTC does not know when Congress will restore the agency's funding.

2. Absent an appropriation FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1341 et seq. Accordingly, the FTC's policy is to seek a stay of all pending litigation, as it has done in response to previous lapses in federal appropriations.

3. Because there is not time for this application to be heard according to regular motion procedures, ex parte relief is appropriate. *See, e.g.*, *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

4. If this motion is granted, the FTC will notify Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS") and the Court promptly after Congress has appropriated funds for the FTC. The FTC requests that the Court order the parties to meet and confer as soon as practicable after the FTC resumes normal operations regarding appropriate new deadlines based on the duration of the lapse in appropriations and to provide the Court with a revised proposed scheduling order establishing a schedule for this matter.

5. Denial of this motion by the Court would constitute express legal authorization for FTC attorneys to continue work. In the event of a denial of this motion, the FTC will continue to comply with the case deadlines in effect in this action.

PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED EX PARTE APPLICATION TO STAY PROCEEDINGS DURING UNITED STATES GOVERNMENT CESSATION

1

6.  Pursuant to Local Rule 7-19.1, the FTC gave notice to SGWS of this ex parte application via counsel for SGWS, T.J. McCarrick, Kirkland & Ellis LLP, 1301 Pennsylvania Ave, N.W., Washington D.C. 20004, (202) 389-3136, tj.mccarrick@kirkland.com. SGWS has authorized counsel for the FTC to state that it does not oppose this motion for a stay and believes an extension of some period of time will be appropriate after the parties meet and confer following the expiration of the stay given, among other things, the scope of remaining discovery.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves the Court for an Order staying all proceedings in this action until Congress appropriates funds permitting the FTC to resume normal operations.

Dated: October 1, 2025               Respectfully submitted,

/s/ Christina J. Brown
Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Dana F. Abrahamsen *(pro hac vice)*
dabrahamsen@ftc.gov
Daniel R. Blauser *(pro hac vice)*
dblauser@ftc.gov
Kathleen M. Clair *pro hac vice)*
kclair@ftc.gov
Joseph M. Conrad *(pro hac vice)*
jconrad2@ftc.gov
Stephanie A. Funk *(pro hac vice)*
sfunk@ftc.gov
Geoffrey M. Green *(pro hac vice)*
ggreen@ftc.gov
Jordan T. Klimek *(pro hac vice)*
jklimek@ftc.gov
Patricia M. McDermott *(pro hac vice)*
pmcdermott@ftc.gov
Karen A. Mills *(pro hac vice)*
kmills@ftc.gov

PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED EX PARTE APPLICATION TO STAY PROCEEDINGS DURING UNITED STATES GOVERNMENT CESSATION

2

Ross E. Steinberg *(pro hac vice)*
rsteinberg@ftc.gov

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

John D. Jacobs (S.B. # 134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED EX PARTE APPLICATION TO STAY PROCEEDINGS DURING UNITED STATES GOVERNMENT CESSATION

3

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2025, a copy of the foregoing Plaintiff Federal Trade Commission's Unopposed Ex Parte Application to Stay Proceedings During United States Government Cessation was served electronically through the Court's electronic filing system upon all parties appearing on the Court's ECF service list.

Dated: October 1, 2025

/s/ Christina J. Brown
Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

*Attorney for Plaintiff
Federal Trade Commission*