1  **KIRKLAND & ELLIS LLP**
2  Tammy A. Tsoumas (SBN 250487)
   tammy.tsoumas@kirkland.com
3  2049 Century Park East, Ste 3700
   Los Angeles, CA 90067
4  Telephone: 310-552-4200
5
   *Additional Counsel Listed on Signature Block*
6
7  *Attorneys for Defendant Southern*
   *Glazer's Wine and Spirits, LLC*
8

9  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 8:24-cv-02684-FWS-ADS** |
| Plaintiff, | **DEFENDANT SOUTHERN GLAZER'S WINE AND SPIRITS, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY** |
| v. | |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | **Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth** |
| Defendant. | Hearing Date: Feb. 25, 2026<br>Time: 10:00 AM<br>Courtroom: 6B<br>Judge: Hon. Autumn D. Spaeth |
| | Discovery Cutoff: Sept. 24, 2026<br>Pretrial Conference: Sept. 23, 2027<br>Trial Date: Oct. 19, 2027 |

1  PLEASE TAKE NOTICE that on February 25, 2026, or as soon thereafter as the matter may be heard, before the Honorable Autumn D. Spaeth, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, CA 92701, Courtroom 6B, Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS") will and hereby does move, pursuant to Federal Rule of Civil Procedure 37(a)(3)(B) and Local Rule 37, for an order compelling Plaintiff Federal Trade Commission ("FTC") to produce withheld documents responsive to SGWS's First Set of Requests for Production, as set forth in the accompanying Joint Stipulation Regarding Plaintiff SGWS's Motion to Compel Discovery.

This motion is based on the pleadings and papers on file in this action, this notice of motion, the accompanying Joint Stipulation Regarding SGWS's Motion to Compel Discovery pursuant to Local Rule 37-2, the accompanying Declaration of T.J. McCarrick and exhibits, and whatever further evidence and argument is presented in any supplemental memorandum of law pursuant to Local Rule 37-2.3 or at the hearing of this motion.

Dated: January 23, 2026

Respectfully submitted,

/s/ *T.J. McCarrick*
KIRKLAND & ELLIS LLP
Tammy A. Tsoumas (S.B. # 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Tel.: (310) 552-4200

Craig S. Primis, P.C. *(pro hac vice)*
cprimis@kirkland.com
Matthew S. Owen, P.C. *(pro hac vice)*
matt.owen@kirkland.com
T.J. McCarrick *(pro hac vice)*
tj.mccarrick@kirkland.com
Ross Powell (*pro hac vice*)
ross.powell@kirkland.com
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
Tel.: (202) 389-5000

Dan Zach *(pro hac vice)*
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Southern Glazer's Wine and Spirits, LLC*

SGWS'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

2