# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 8:24-cv-02684-FWS-ADS |
| Plaintiff, | Judge: Fred W. Slaughter |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S EX PARTE APPLICATION TO STAY PROCEEDINGS DURING UNITED STATES GOVERNMENT CESSATION** |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | |
| Defendant. | |

Upon consideration of Plaintiff Federal Trade Commission's Ex Parte Application To Stay Proceedings During United States Government Cessation, it is hereby ORDERED that:

Plaintiff Federal Trade Commission's application is GRANTED;

All proceedings in this action are hereby stayed until Congress appropriates funds permitting the Federal Trade Commission to resume normal operations;

The stay shall be lifted on the business day after Congress appropriates funds permitting the Federal Trade Commission to resume normal operations; and

The parties are ORDERED to file a joint status report within 7 calendar days of the Federal Trade Commission resuming normal operations, reflecting the parties' positions regarding whether the current case schedule should be extended to reflect the time that the proceedings were stayed, and, if so, providing a proposed amended scheduling order.

Dated: _____          _____

                                 Hon. Fred W. Slaughter
                                 UNITED STATES DISTRICT JUDGE