**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Federal Trade Commission | | CASE NUMBER: |
| | Plaintiff(s) | 8:24-cv-02684-FWS-ADSx |
| v. | | |
| Southern Glazers Wine and Spirits, LLC | | **MOTION RE: INFORMAL DISCOVERY DISPUTE RE REMOTE DEPOS** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge _____.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required.

☐ In-Person Court Hearing

☐ Video Conference

☒ Telephonic

Magistrate Judge  Autumn D. Spaeth

Date/Time    April 9, 2026 at 2:00 PM

Courtroom:    Telephonic (Call information will be provided by separate email).

Other:

Dated:    09/30/2025

By:    K. Hopkins

Deputy Clerk