**KIRKLAND & ELLIS LLP**
Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste 3700
Los Angeles, CA 90067
Telephone: 310-552-4200

*Additional Counsel Listed on Signature Block*

*Attorneys for Defendant Southern*
*Glazer's Wine and Spirits, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 8:24-cv-02684-FWS-ADS** |
| Plaintiff, | **STATUS REPORT ON PENDING DISCOVERY DISPUTES** |
| v. | |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | **Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth** |
| Defendant. | Hearing Date: May 13, 2026<br>Time: 10:00 AM<br>Courtroom: 6B<br>Judge: Hon. Autumn D. Spaeth |
| | Discovery Cutoff: Sept. 24, 2026<br>Pretrial Conference: Sept. 23, 2027<br>Trial Date: Oct. 19, 2027 |

STATUS REPORT ON PENDING DISCOVERY DISPUTES

Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS"), Plaintiff Federal Trade Commission ("FTC"), and third-party distributors Breakthru Beverage Group, LLC ("Breakthru"), Johnson Brothers Liquor Company ("Johnson Brothers"), Republic National Distributing Company ("RNDC"), Reyes Holdings, LLC ("Reyes"), and Winebow, Inc. (collectively, "Distributors") submit this joint status report pursuant to the Court's April 6, 2026 Order directing the parties to file an update identifying all outstanding issues requiring Court resolution.  Dkt. 195.

### Disputes Between SGWS and Non-Party Distributors

SGWS and the Distributors state that negotiations regarding an agreeable scope of production in response to SGWS's subpoena continue to progress and are close to complete.  At this time, the parties expect to resolve all differences, and there are no issues requiring court intervention.  SGWS and the Distributors propose that the Court remove the hearing on SGWS's motion against the Distributors (Dkt. 126) from the agenda for the May 13, 2026 hearing and that the parties will provide a further update to the Court on May 27, 2026, to confirm that they have resolved all disputes related to SGWS's subpoenas.

### Disputes Between SGWS and the FTC

Although SGWS and the FTC continue to resolve other disputes without court intervention, the parties have not resolved the disputes reflected in the motions and informal discovery submissions they previously submitted to the Court.  The following issues therefore remain for discussion at the May 13, 2026 hearing:

- The parties' joint stipulation re SGWS's Discovery Motion for Preclusion and Other Relief.  *See* Dkt. 174.

- The parties' Informal Discovery Conference submission re Party Deposition Limits (Submitted via email to chambers on 3/18/26).  *See* Dkt. 178.

- The parties' Informal Discovery Conference submission re Remote Depositions (Submitted via email to chambers on 3/18/26).  *See* Dkt. 179.

STATUS REPORT ON PENDING DISCOVERY DISPUTES

1

Dated: April 29, 2026                    Respectfully submitted,

/s/ Carl Butzer                          /s/ K. Ross Powell

JACKSON WALKER LLP                       KIRKLAND & ELLIS LLP
Carl C. Butzer (*pro hac vice*)          Tammy A. Tsoumas (S.B. # 250487)
cbutzer@jw.com                           tammy.tsoumas@kirkland.com
David C. Myers (*pro hac vice*)          2049 Century Park East, Ste. 3700
dmyers@jw.com                            Los Angeles, CA 90067
Minoo Sobhani Blaesche (*pro hac vice*)  Tel.: (310) 552-4200
mblaesche@jw.com
2323 Ross Avenue, Suite 600              Craig S. Primis, P.C. (*pro hac vice*)
Dallas, TX 75201                         cprimis@kirkland.com
Tel.: (214) 661-6800                     Matthew S. Owen, P.C. (*pro hac vice*)
                                         matt.owen@kirkland.com
                                         T.J. McCarrick (*pro hac vice*)
                                         tj.mccarrick@kirkland.com
                                         K. Ross Powell (*pro hac vice*)
                                         ross.powell@kirkland.com
                                         1301 Pennsylvania Ave, NW
                                         Washington, D.C. 20004
                                         Tel.: (202) 389-5000

                                         Dan Zach (*pro hac vice*)
                                         dan.zach@kirkland.com
                                         601 Lexington Avenue
                                         New York, NY 10022
                                         Tel.: (212) 446-4800

*Attorneys for Defendant Southern Glazer's Wine and Spirits, LLC*


/s/ Christina J. Brown
Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Barrett J. Anderson (S.B. # 318539)
banderson1@ftc.gov
Daniel R. Blauser (*pro hac vice*)
dblauser@ftc.gov
Kathleen M. Clair *pro hac vice*
kclair@ftc.gov
Stephanie A. Funk (*pro hac vice*)
sfunk@ftc.gov

Geoffrey M. Green *(pro hac vice)*
ggreen@ftc.gov
Jordan T. Klimek *(pro hac vice)*
jklimek@ftc.gov
Patricia M. McDermott *(pro hac vice)*
pmcdermott@ftc.gov
Maia T. Perez (S.B. # 278215)
mperez@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

John D. Jacobs (S.B. # 134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*


/s/ Joshua D. Lichtman

NORTON ROSE FULBRIGHT US LLP
Joshua D. Lichtman (S.B. # 176143)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

Richard S. Krumholz (*pro hac vice*)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
richard.krumholz@nortonrosefulbright.com

Robin D. Adelstein (*pro hac vice*)

1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 318-3108
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com

Eliot F. Turner (*pro hac vice*)
eliot.turner@nortonrosefulbright.com
Emma N. Oliver (*pro hac vice*)
emma.oliver@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Attorneys for Non-Party Republic National Distributing Company, LLC*

/s/ Wilson Mudge

ARNOLD & PORTER KAYE SCHOLER LLP
Eric Shapland (SBN 193853)
eric.shapland@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4238
Facsimile:  (213) 243-4199

Wilson Mudge (*pro hac vice*)
wilson.mudge@arnoldporter.com
Melvin Kenney III (*pro hac vice*)
melvin.kenney@arnoldporter.com
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Non-Party Reyes Holdings, LLC*

/s/ C. Scott Lent

ARNOLD & PORTER KAYE SCHOLER LLP
Kristina Iliopoulos (Bar No. 341548)
kristina.iliopoulos@arnoldporter.com

STATUS REPORT ON PENDING DISCOVERY DISPUTES

4

777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4160
Facsimile: (213) 243-4199

C. Scott Lent (*pro hac vice*)
scott.lent@arnoldporter.com
Javier Ortega Alvarez (*pro hac vice*)
javier.ortega@arnoldporter.com
250 W 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Non-Party Johnson Brothers Liquor Company*

*/s/ Jeremy Rist*
BLANK ROME LLP
Harrison Brown (SBN 291503)
harrison.brown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:        424.239.3400
Facsimile:        424.239.3434

Jeremy Rist (*pro hac vice*)
jeremy.rist@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:        215.569.5500
Facsimile:        215.569.5555

*Attorneys for Non-Party Breakthru Beverage Group, LLC*

*/s/ Ann O. Brien*
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Ann O'Brien (*pro hac vice*)
aobrien@sheppardmullin.com

STATUS REPORT ON PENDING DISCOVERY DISPUTES

5

2099 Pennsylvania Avenue NW
Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901

Joy O. Siu (Bar No. 307610)
jsiu@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 403-6226

*Attorneys for Non-Party Winebow*

STATUS REPORT ON PENDING DISCOVERY DISPUTES

6

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ K. Ross Powell
K. Ross Powell