Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Barrett J. Anderson (S.B. # 318539)
banderson1@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125
Tel: (202) 326-2237

*Attorneys for Plaintiff Federal Trade Commission*
*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 8:24-cv-02684-FWS-ADS |
| Plaintiff, | Judge: Fred W. Slaughter |
| v. | **JOINT STIPULATION REGARDING STAY OF LITIGATION PENDING SETTLEMENT** |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | |
| Defendant. | |

JOINT STIPULATION RE: STAY PENDING SETTLEMENT

Plaintiff Federal Trade Commission and Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS" and, together with the FTC, the "Parties"), by and through their undersigned counsel, jointly stipulate and move for an order staying and suspending all proceedings and deadlines in this action for 45 days. In support of that motion, the Parties state as follows:

1.      On December 12, 2024, the FTC filed the Complaint in this action. (Dkt. No. 1.) On February 3, 2025, SGWS moved to dismiss the Complaint. (Dkt. No. 52.) The FTC opposed (Dkt. No. 66), and the Court denied the motion to dismiss on April 17, 2025 (Dkt. No. 72). SGWS then denied the Complaint's allegations. (Dkt. No. 84.) The Parties have engaged in fact discovery, which is currently scheduled to close on September 24, 2027. (Dkt. No. 97.) SGWS has two pending discovery motions under submission. (Dkt. Nos. 112, 174.)

2.      The Parties have reached an agreement in principle and executed a memorandum of understanding that, subject to conversion with additional terms into a final order, would resolve the claims in this lawsuit.

3.      The Parties respectfully request that the Court vacate the case schedule (Dkt. No. 97) and stay and suspend all proceedings and deadlines in this action for 45 days while the parties work to implement the terms in the executed memorandum of understanding and finalize a resolution of the action.

4.      The Parties will provide a joint status update to the Court seven (7) calendar days prior to the expiration of any stay if the Parties have not filed a stipulated proposed final order resolving the case prior to that time. If the Parties are unable to reach agreement prior to expiration of the stay and the stay is not extended, the Parties will re-commence discovery immediately upon expiration of the stay, and meet and confer and propose a new schedule for the close of discovery and the completion of the litigation.

JOINT STIPULATION RE: STAY PENDING SETTLEMENT

1

5. The requested stay will not prejudice any party and will serve the interests of judicial economy and efficiency.

Based on the foregoing, the parties respectfully request that the Court enter an order vacating the case schedule (Dkt. No. 97) and staying the above-captioned matter for a period of 45 days.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 18, 2026          Respectfully submitted,

*/s/ Christina J. Brown*
Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Barrett J. Anderson (S.B. # 318539)
banderson1@ftc.gov
Daniel R. Blauser *(pro hac vice)*
dblauser@ftc.gov
Kathleen M. Clair *(pro hac vice)*
kclair@ftc.gov
Stephanie A. Funk *(pro hac vice)*
sfunk@ftc.gov
Geoffrey M. Green *(pro hac vice)*
ggreen@ftc.gov
Jordan T. Klimek *(pro hac vice)*
jklimek@ftc.gov
Patricia M. McDermott *(pro hac vice)*
pmcdermott@ftc.gov
Maia T. Perez (S.B. # 278215)
mperez@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

John D. Jacobs (S.B. # 134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*

JOINT STIPULATION RE: STAY PENDING SETTLEMENT
2

/s/ Matthew S. Owen
GIBSON, DUNN & CRUTCHER LLP
Matthew S. Owen (*pro hac vice*)
mowen@gibsondunn.com
1700 M Street, NW
Washington, D.C. 20036
Tel.: (202) 955-8616

KIRKLAND & ELLIS LLP
Tammy A. Tsoumas (S.B. # 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Tel.: (310) 552-4200

Craig S. Primis, P.C. *(pro hac vice)*
cprimis@kirkland.com
T.J. McCarrick *(pro hac vice)*
tj.mccarrick@kirkland.com
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 389-5000

Dan Zach *(pro hac vice)*
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Southern Glazer's Wine and Spirits, LLC*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ Christina J. Brown
Christina J. Brown

JOINT STIPULATION RE: STAY PENDING SETTLEMENT
3