Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Barrett J. Anderson (S.B. # 318539)
banderson1@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125
Tel: (202) 326-2237

*Attorneys for Plaintiff Federal Trade Commission*
*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,<br><br>    Defendant. | Case No. 8:24-cv-02684-FWS-ADS<br><br>Judge: Fred W. Slaughter<br><br>**JOINT STATUS REPORT AND JOINT STIPULATION TO EXTEND STAY OF LITIGATION PENDING SETTLEMENT** |

JOINT STATUS REPORT AND STIPULATION TO EXTEND STAY PENDING SETTLEMENT

Plaintiff Federal Trade Commission ("Commission") and Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS") (together, "the Parties") submit this joint status report and stipulation pursuant to the Court's Order Regarding Stay of Litigation Pending Settlement (Dkt. 220). That Order stayed the case until August 6, 2026 and directed the Parties to file a joint status report by July 30, 2026, addressing the status of settlement or proposing a new schedule for completing discovery and the litigation.

As explained in the Parties' earlier stipulation (Dkt. 219), the Parties reached an agreement in principle and executed a memorandum of understanding that, once finalized with additional terms in a final order, will resolve all claims in this action. Since the filing of that stipulation, the Parties have worked diligently and continue to negotiate to convert that memorandum into a stipulated proposed final order.

The Parties respectfully request that the Court extend the stay of this case for an additional twenty-nine (29) days, through September 4, 2026, to allow time to complete this process, secure the necessary Commission vote, and finalize the resolution of the action. This additional stay will not prejudice any party and will serve the interests of judicial economy and efficiency.

The Parties will submit another joint status report seven (7) calendar days before the extended stay expires, addressing the Parties' expectations for settlement or proposing a new schedule for the close of discovery and completion of the litigation.

Dated: July 30, 2026     Respectfully submitted,

*/s/ Christina J. Brown*
Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Barrett J. Anderson (S.B. # 318539)
banderson1@ftc.gov
Daniel R. Blauser *(pro hac vice)*
dblauser@ftc.gov
Kathleen M. Clair *(pro hac vice)*
kclair@ftc.gov
Stephanie A. Funk *(pro hac vice)*
sfunk@ftc.gov

JOINT STATUS REPORT AND STIPULATION TO EXTEND STAY PENDING SETTLEMENT

1

Geoffrey M. Green *(pro hac vice)*
ggreen@ftc.gov
Jordan T. Klimek *(pro hac vice)*
jklimek@ftc.gov
Patricia M. McDermott *(pro hac vice)*
pmcdermott@ftc.gov
Maia T. Perez (S.B. # 278215)
mperez@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

John D. Jacobs (S.B. # 134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff Federal Trade Commission*


/s/ Matthew S. Owen
GIBSON, DUNN & CRUTCHER LLP
Matthew S. Owen (*pro hac vice*)
mowen@gibsondunn.com
1700 M Street, NW
Washington, D.C. 20036
Tel.: (202) 955-8616

KIRKLAND & ELLIS LLP
Tammy A. Tsoumas (S.B. # 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Tel.: (310) 552-4200

Craig S. Primis, P.C. *(pro hac vice)*
cprimis@kirkland.com
T.J. McCarrick *(pro hac vice)*
tj.mccarrick@kirkland.com
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 389-5000

JOINT STATUS REPORT AND STIPULATION TO EXTEND STAY PENDING SETTLEMENT
2

Dan Zach *(pro hac vice)*
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Southern Glazer's Wine and Spirits, LLC*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ Christina J. Brown
Christina J. Brown

JOINT STATUS REPORT AND STIPULATION TO EXTEND STAY PENDING SETTLEMENT
3