**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 8:24-cv-02684-FWS-ADS |
| Plaintiff, | Judge: Fred W. Slaughter |
| v. | **ORDER RE JOINT STIPULATION TO EXTEND STAY OF LITIGATION PENDING SETTLEMENT [221]** |
| SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, | |
| Defendant. | |

///

///

///

Having reviewed and considered the Joint Status Report and Joint Stipulation to Extend Stay of Litigation Pending Settlement (Dkt. 221, "Stipulation"),[1] filed by Plaintiff Federal Trade Commission and Defendant Southern Glazer's Wine and Spirits, LLC (together, the "Parties"), the files and records of the case, the applicable law, including *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936), *Ryan v. Gonzales*, 568 U.S. 57, 74 (2013), *Clinton v. Jones*, 520 U.S. 681, 706 (1997), *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979), *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007), and *Yong v. I.N.S.*, 208 F.3d 1116, 1119-20 (9th Cir. 2000), and for the good cause demonstrated in the Stipulation, the Court **APPROVES** the Stipulation and **ORDERS** the following:

(1)     All deadlines and proceedings in the above-captioned case are **STAYED** for a further period of **twenty-nine (29) days**, through and including **September 4, 2026**;

(2)     The Parties are **ORDERED** to file a joint status report on or before **August 28, 2026**, regarding the Parties' expectations for settlement or their proposal for setting a new schedule for the close of discovery and completion of the litigation.

   **IT IS SO ORDERED**.

Dated: July 31, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation is incorporated into this Order by this reference.