**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,

Defendant.

Case No. 8:24-cv-02684-FWS-ADS

Judge: Fred W. Slaughter

**ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND STAY OF LITIGATION PENDING SETTLEMENT [226]**

Having reviewed and considered the Joint Status Report and Joint Stipulation to Further Extend Stay of Litigation Pending Settlement (Dkt. 226, "Stipulation"),[1] filed by Plaintiff Federal Trade Commission and Defendant Southern Glazer's Wine and Spirits, LLC (together "Parties"), the files and records of the case, the applicable law, including *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936), *Ryan v. Gonzales*, 568 U.S. 57, 74 (2013), *Clinton v. Jones*, 520 U.S. 681, 706 (1997), *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979), *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007), and *Yong v. I.N.S.*, 208 F.3d 1116, 1119-20 (9th Cir. 2000), and for the good cause demonstrated in the Stipulation, the Court **APPROVES** the Stipulation and **ORDERS** the following:

(1) All deadlines and proceedings in the above-captioned case are **STAYED** for a further period through and including **October 2, 2026**;

(2) The Parties are **ORDERED** to file a joint status report on or before **September 25, 2026**, regarding the Parties' expectations for settlement or their proposal for setting a new schedule for the close of discovery and completion of the litigation.

**IT IS SO ORDERED**.

Dated: August 28, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

[1] The Stipulation is incorporated into this Order by this reference.