# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:24-cv-02684-FWS-ADS Date September 1, 2026

Title: Federal Trade Commission v. Southern Glazers Wine and Spirits, LLC

Present: The Honorable Fred W. Slaughter, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Not Present

Attorneys Present for Defendants:

Not Present

---

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 06/22/2026.

☐ Case settled but may be reopened if settlement is not consummated within ________ days. Make JS-6.

☐ Other ____________________

☐ Entered ____________________.

Initials of Preparer rrp