Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Barrett J. Anderson (S.B. # 318539)
banderson1@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125
Tel: (202) 326-2237

*Attorneys for Plaintiff Federal Trade Commission*
*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,

Defendant.

Case No. 8:24-cv-02684-FWS-ADS

Judge: Fred W. Slaughter

**JOINT STATUS REPORT**

Plaintiff Federal Trade Commission ("Commission") and Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS") (together, "the Parties") submit this joint status report pursuant to the Court's Order Further Extending Stay of Litigation Pending Settlement (Dkt. 227). That Order stayed the case until October 2, 2026 and directed the Parties to file a joint status report by September 25, 2026, addressing the Parties' expectations for settlement or proposing a new schedule for completing discovery and the litigation.

As explained in the Parties' earlier stipulations (Dkt. 219, 221 & 226), the Parties reached an agreement in principle and executed a memorandum of understanding that, once finalized with additional terms in a final order, will resolve all claims in this action. Since the Court's Order Further Extending Stay of Litigation (Dkt. 227), the Parties have continued to work diligently and have converted that memorandum into an agreed proposed final order and anticipate a Commission vote within the next week. The Parties anticipate being in a position to file a proposed final order by October 2, 2026.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Christina J. Brown*
Christina J. Brown (S.B. # 242130)
cbrown5@ftc.gov
Barrett J. Anderson (S.B. # 318539)
banderson1@ftc.gov
Kathleen M. Clair *(pro hac vice)*
kclair@ftc.gov
Stephanie A. Funk *(pro hac vice)*
sfunk@ftc.gov
Geoffrey M. Green *(pro hac vice)*
ggreen@ftc.gov
Jordan T. Klimek *(pro hac vice)*
jklimek@ftc.gov
Patricia M. McDermott *(pro hac vice)*
pmcdermott@ftc.gov
Maia T. Perez (S.B. # 278215)
mperez@ftc.gov

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2125

John D. Jacobs (S.B. # 134154)
Local Counsel
jjacobs@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Ste. 400
Los Angeles, CA 90024
Tel: (310) 824-4300

*Attorneys for Plaintiff*
*Federal Trade Commission*

*<u>/s/ Matthew S. Owen</u>*
GIBSON, DUNN & CRUTCHER LLP
Matthew S. Owen (*pro hac vice*)
mowen@gibsondunn.com
1700 M Street, NW
Washington, D.C. 20036
Tel.: (202) 955-8616

KIRKLAND & ELLIS LLP
Tammy A. Tsoumas (S.B. # 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Ste. 3700
Los Angeles, CA 90067
Tel.: (310) 552-4200

Craig S. Primis, P.C. *(pro hac vice)*
cprimis@kirkland.com
T.J. McCarrick *(pro hac vice)*
tj.mccarrick@kirkland.com
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 389-5000

Dan Zach *(pro hac vice)*
dan.zach@kirkland.com
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant*
*Southern Glazer's Wine and Spirits, LLC*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

*/s/ Christina J. Brown*
Christina J. Brown